UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 08-496 (SDW) |
| ROBERT HOFFMAN BONILLA-ALCANTARA | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by L. Judson Welle, Assistant U.S. Attorney), and defendant Robert Hoffman Bonilla-Alcantara (by Benjamin Heinrich, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of _____ 2009,

IT IS ORDERED that this action be, and hereby is, continued from February 19, 2009 through April 18, 2009; and it is further

ORDERED that the period from February 19, 2009 through April 18, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
L. Judson Welle
Assistant U.S. Attorney


_____
Benjamin Heinrich, Esq.
Counsel for defendant Robert Hoffman Bonilla-Alcantara

FEB-20-2009 13:47 From:BENJAMIN HEINRICH    17185884716    To:19736453988    Page:1/2
FEB 19 2009 17:02 FR 9736453988         9736453988 TO 917185884716    P.03

2.  The grant of a continuance will likely conserve judicial resources;

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 20th day of February 2009,

IT IS ORDERED that this action be, and hereby is, continued from February 19, 2009 through April 18, 2009; and it is further

ORDERED that the period from February 19, 2009 through April 18, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
L. Judson Welle
Assistant U.S. Attorney

_____
Benjamin Heinrich, Esq.
Counsel for defendant Robert Hoffman Bonilla-Alcantara

** TOTAL PAGE.03 **