# United States District Court
## District of New Jersey

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Robert Hoffman Bonilla-Alcantara, a/k/a "Cairo," a/k/a "Robert" | Case Number: 08-crim- 496 (SDW) |

To:     The United States Marshal
        and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___Robert Hoffman Bonilla-Alcantara___

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

_X_ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging that he (brief description of offense)

### See Attachment A

in violation of Title ___21___, United States Code, Section(s) ___963 and 846___

___Hon. Esther Salas___                    ___United States Magistrate Judge___
**Name of Issuing Officer**                **Title of Issuing Officer**

___[signature]___                          ___July 16, 2008, Newark, New Jersey___
**Signature of Issuing Officer**           **Date and Location**

Bail fixed at $ _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

arrest by DEA

| Date Received 7/16/2008 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/16/2008 | | |

156319